Certificate Number: 05781-OHS-DE-041167208

Bankruptcy Case Number: 26-52052



05781-OHS-DE-041167208

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 4, 2026, at 9:28 o'clock PM PDT, Kaitlyn Marteney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date:   July 4, 2026                          By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President